IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL 3071<br><br>This document relates to:<br>3:23-CV-00419<br><br>Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Gary Kempton and Ryan Daniel hereby voluntarily dismiss the case captioned *Kempton, et al. v. RealPage, Inc., et al.*, Case No. 3:23-cv-00419. None of the Defendants have served an answer or motion for summary judgment in this action. This dismissal is without prejudice and shall not affect the rights of Gary Kempton or Ryan Daniel to participate as a member of any certified class in the ongoing consolidated action, MDL No. 3071, Case No. 3:23-md-3071.

DATED: July 26, 2023

Respectfully submitted,

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN (BPR # 20193)
PAUL J. BRUNO (BPR # 17275)
DAVID W. GARRISON (BPR # 24968)
NICOLE A. CHANIN (BPR # 40239)

/s/ Jerry E. Martin
JERRY E. MARTIN

1

Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com
pbruno@barrettjohnston.com
dgarrison@barrettjohnston.com
nchanin@barrettjohnston.com

ROBBINS GELLER RUDMAN
& DOWD LLP
AELISH M. BAIG
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com

CHAD JOHNSON
DESIREE CUMMINGS (*pro hac vice* pending)
420 Lexington Avenue, Suite 1832
New York, NY 10170
Telephone: 212/432-5100
chadj@rgrdlaw.com
dcummings@rgrdlaw.com

PAUL J. GELLER
STUART A. DAVIDSON
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

DARREN J. ROBBINS
DAVID W. MITCHELL (*pro hac vice* pending)
ASHLEY M. KELLY
ARTHUR L. SHINGLER III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
davidm@rgrdlaw.com
ashleyk@rgrdlaw.com
ashingler@rgrdlaw.com

CHRISTOPHER M. WOOD (BPR # 032977)
HENRY S. BATOR (BPR # 040431)
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
hbator@rgrdlaw.com

Attorneys for Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

/s/ Jerry E. Martin